**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____  Chapter   **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Lenasi, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1494159** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9614 Variel Ave**<br>**Pacoima, CA 91331-4316** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Lenasi, Inc.__                                  Case number (*if known*) _____
<br>              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

Debtor   **Lenasi, Inc.** _____   Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

      █ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Lenasi, Inc.**
_____Name_____                                                    Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Lenasi, Inc.**
_____   Case number (*if known*) _____
         Name

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 24, 2025**
              MM / DD / YYYY

**X /s/ John Harutunian**                          **John Harutunian**
Signature of authorized representative of debtor    Printed name

Title   **CEO**

**18. Signature of attorney**   **X /s/ Vahe Khojayan**            Date  **July 24, 2025**
                                Signature of attorney for debtor          MM / DD / YYYY

**Vahe Khojayan SBN261996**
Printed name

**YK Law, LLP**
Firm name

**445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071**
Number, Street, City, State & ZIP Code

Contact phone   **213-401-0970**      Email address   **vkhojayan@yklaw.us**

**SBN261996 CA**
Bar number and State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lenasi, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Po Box 96001 Los Angeles, CA 90096 | | Business Debt | | | | $2,365.21 |
| Cain & Weiner 12005 Ford Road, Suite 300 Dallas, TX 75234 | | Business Debt | | | | $665.43 |
| California Dept of Tax and Fee 505 N. Brand Blvd, Ste 700 Glendale, CA 91203 | | Tax Debt | | | | $0.00 |
| Capitalontap 675 POnce De Leon Ave NE Ste 8500 Atlanta, GA 30308 | | Business Debt | | | | $814.54 |
| Chase PO Box 6294 Carol Stream, IL 60197 | | Business Debt | | | | $35,371.53 |
| Chase Bank Mail Code OH1-1272 340 S. Cleveland Ave, Bldg, 370 Westerville, OH 43081 | | Business Dent | | | | $689.56 |
| Forward Financiag, LLC c/o The Moore Law Group 3710 Susan Street, Ste 210 Santa Ana, CA 92799 | | Business Debt | | | | $45,045.31 |

Debtor    **Lenasi, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Franchise Tax Board Po Box 942857 Sacramento, CA 94257-0511 | | Taxes | | | | $2,214.24 |
| Home Depot Credit Services Dept 32 - 2215554399 PO Box 60726 City of Industry, CA 91716-0728 | | Business Debt | | | | $2,545.49 |
| ICON Owner pool 1 LA Non-Business c/o Law Offices of Corey E. Taylor 629 Camino de los Mares Ste 305 San Clemente, CA 92673 | | Business Debt | | | | $44,153.59 |
| JP Morgan Chase Bank, N.A. c/o Snell & Wilmer 600 Anton Blvd, Ste 1400 Costa Mesa, CA 92626-7689 | | Business Debt | | | | $105,368.24 |
| LGBS, LLC PO Box 702118 San Antonio, TX 78270 | | Business debt | | | | $394.80 |
| Los Angeles Dept. of Water & Power PO Box 30808 Los Angeles, CA 90030-0808 | | Utility Bills | | | | $97,656.72 |
| Marlin Leasing Corproation 300 Fellowship Road Mount Laurel, NJ 08054 | | Business debt | | | | $35,980.00 |
| Pucin & Friedland 5805 Sepulveda Blvd, 4th Floor Van Nuys, CA 91411 | | Business Debt | | | | $1,861.46 |

Debtor    **Lenasi, Inc.**                                              Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Receivable Management Services PO Box 5000 Fogelsville, PA 18051 | | Business Debt | | | | $558.94 |
| US Small Business Administration Office of General Counsel 312 North Spring Street, 5th Floor Los Angeles, CA 90012 | | Business Debt | | | | $150,000.00 |
| WMCV Phase 2 SPE LLC c/o Semeza Rickard Law 10161 Park Rum Drive, Ste 150 Las Vegas, NV 89145 | | Business Debt | | | | $234,133.09 |
| Woldpay Payment Resolution PO Box 639726 Cincinnati, OH 45263 | | Business Debt | | | | $39,672.52 |

Lenasi, Inc.
9614 Variel Ave
Pacoima, CA 91331-4316


Vahe Khojayan
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071


American Express
Po Box 96001
Los Angeles, CA 90096


Cain & Weiner
12005 Ford Road, Suite 300
Dallas, TX 75234


California Dept of Tax and Fee
505 N. Brand Blvd, Ste 700
Glendale, CA 91203


Capitalontap
675 POnce De Leon Ave NE
Ste 8500
Atlanta, GA 30308


Chase
PO Box 6294
Carol Stream, IL 60197


Chase Bank
Mail Code OH1-1272
340 S. Cleveland Ave, Bldg, 370
Westerville, OH 43081

Forward Financiag, LLC
c/o The Moore Law Group
3710 Susan Street, Ste 210
Santa Ana, CA 92799


Forward Financing
53 State Street, 20th Floor
Boston, MA 02109


Franchise Tax Board
Po Box 942857
Sacramento, CA 94257-0511


Home Depot Credit Services
Dept 32 - 2215554399
PO Box 60726
City of Industry, CA 91716-0728


ICON Owner pool 1 LA Non-Business
c/o Law Offices of Corey E. Taylor
629 Camino de los Mares
Ste 305
San Clemente, CA 92673


JP Morgan Chase Bank, N.A.
c/o Snell & Wilmer
600 Anton Blvd, Ste 1400
Costa Mesa, CA 92626-7689


LGBS, LLC
PO Box 702118
San Antonio, TX 78270


Los Angeles Dept. of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Marlin Leasing Corproation
300 Fellowship Road
Mount Laurel, NJ 08054


Pucin & Friedland
5805 Sepulveda Blvd, 4th Floor
Van Nuys, CA 91411


The Receivable Management Services
PO Box 5000
Fogelsville, PA 18051


US Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


WMCV Phase 2 SPE LLC
c/o Semeza Rickard Law
10161 Park Rum Drive, Ste 150
Las Vegas, NV 89145


Woldpay Payment Resolution
PO Box 639726
Cincinnati, OH 45263

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Vahe Khojayan SBN261996**<br>**445 S. Figueroa Street, Ste 2280**<br>**Los Angeles, CA 90071**<br>**213-401-0970 Fax: 213-433-3321**<br>California State Bar Number: **SBN261996 CA**<br>vkhojayan@yklaw.us | FOR COURT USE ONLY |
|---|---|
| ■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>     **Lenasi, Inc.**<br><br>                                    Debtor(s),<br><br>                              Plaintiff(s),<br><br><br><br><br><br>                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:     11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Vahe Khojayan SBN261996**                              , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.        ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.        ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>July 24, 2025</u>

Date

By:  <u>/s/ Vahe Khojayan</u>

Signature of Debtor, or attorney for Debtor

Name:        <u>**Vahe Khojayan SBN261996**</u>

Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**3:54 PM**

**07/23/25**

**Accrual Basis**

**Lenasi**

# Balance Sheet

**As of July 23, 2025**

| | Jul 23, 25 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Arc Lighting Inc** | -8,000.00 |
| **California Credit Union** | 20,740.37 |
| **cash box** | 1,260.00 |
| **Chase Lenasi Inc** | 33,269.33 |
| **Illuminated Trees** | 62,668.63 |
| **Lenasi Inc 2** | 1,395.71 |
| **Total Checking/Savings** | 111,334.04 |
| **Accounts Receivable** | |
| **Accounts Receivable** | -293,691.73 |
| **Total Accounts Receivable** | -293,691.73 |
| **Other Current Assets** | |
| **Inventory Asset** | -598,444.41 |
| **Loan's Paid Out** | 71,100.00 |
| **Undeposited Funds** | 680,825.56 |
| **Total Other Current Assets** | 153,481.15 |
| **Total Current Assets** | -28,876.54 |
| **Fixed Assets** | |
| **Furniture and Equipment** | 5,624.00 |
| **Total Fixed Assets** | 5,624.00 |
| **TOTAL ASSETS** | **-23,252.54** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | -143,739.79 |
| **Total Accounts Payable** | -143,739.79 |
| **Other Current Liabilities** | |
| **business loan** | 102,803.33 |
| **Chase Busines Credit Line loan** | 105,023.72 |
| **Payroll Liabilities** | -1,960.25 |
| **Total Other Current Liabilities** | 205,866.80 |
| **Total Current Liabilities** | 62,127.01 |
| **Long Term Liabilities** | |
| **SBA  Loan Department** | 182,574.40 |
| **Total Long Term Liabilities** | 182,574.40 |
| **Total Liabilities** | 244,701.41 |
| **Equity** | |
| **Cash Withdrawal** | -600.00 |
| **Equity - Subcontractor** | -274,255.27 |
| **Opening Balance Equity** | 31,696.80 |
| **Owners Equity** | 27,105.78 |
| **Withdrawl** | -245,178.98 |
| **Net Income** | 290,728.75 |
| **Total Equity** | -170,502.92 |
| **TOTAL LIABILITIES & EQUITY** | **74,198.49** |

**3:46 PM**

**07/23/25**

**Accrual Basis**

**Lenasi**

# Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Client Refund** | 5,653.03 |
| **Deposit Check** | 80,749.00 |
| **Sales** | 389,807.89 |
| **Shipping and Delivery Expense** | 28,848.25 |
| **Total Income** | 505,058.17 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | 118,405.62 |
| **Total COGS** | 118,405.62 |
| **Gross Profit** | 386,652.55 |
| **Expense** | |
| **Advertising and Promotion** | 635.00 |
| **Auto and Truck Expenses** | |
| **Fuel** | 1,930.02 |
| **Auto and Truck Expenses - Other** | 32,639.60 |
| **Total Auto and Truck Expenses** | 34,569.62 |
| **Bank Service Charges** | 527.91 |
| **Businessbacker 5** | 44,215.96 |
| **Computer and Internet Expenses** | 2,750.08 |
| **credit card payment** | 34,992.82 |
| **exch fee** | 1,019.93 |
| **Freight Costs** | 41,208.15 |
| **Insurance Expense** | 3,634.62 |
| **Interest Expense** | 14,965.00 |
| **Meals and Entertainment** | 7,439.40 |
| **Merchant Account Fees** | 18,668.64 |
| **Office Supplies** | 513.33 |
| **overdraft fee** | 204.00 |
| **Printing and Reproduction** | 42.10 |
| **Repairs and Maintenance** | 18,275.04 |
| **Subcontractor** | 92,491.15 |
| **Taxes -Property** | 889.00 |
| **Telephone Expense** | 660.52 |
| **Trade Show Expence** | 65,432.72 |
| **Travel Expense** | 3,669.35 |
| **wire fee** | 345.00 |
| **Total Expense** | 387,149.34 |
| **Net Ordinary Income** | -496.79 |
| **Net Income** | **-496.79** |